UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

EQUAL EMPLOYMENT OPPORTUNITY )
COMMISSION )          CIVIL ACTION NO:
                                        )          1:17-cv-00515-SJD
                      Plaintiff         )
                                        )
                                        )
                                        )
                                        )          Dlott, J.
R&L CARRIERS, INC.,                     )          Litkovitz, M.J.
and R&L CARRIERS SHARED                 )
SERVICES, LLC                           )
                                        )
                                        )
                      Defendants.       )
_____ )

## ORDER

Upon Motion and good cause appearing,

**IT IS HEREBY ORDERED** that due to a lapse in appropriations for the EEOC at midnight on December 21, 2018, the litigation of this matter shall be **STAYED** until the EEOC's funding is restored and all pending deadlines in this matter will be extended for the same number of days as the EEOC's lapse in funding.

DATED this _26_ day of __December__, 2018.

Karen L. Litkovitz
United States Magistrate Judge