**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | |
| Plaintiff, | Case No. 1:17-cv-515 |
| v. | JUDGE DOUGLAS R. COLE |
| **R&L CARRIERS, INC., et al.,** | |
| Defendants. | |

## AMENDED NOTICE OF DISTRIBUTION

The Court entered a Consent Decree in this hiring-discrimination case on April 24, 2023. Pursuant to that Decree, a monetary fund in the aggregate amount of $1,250,000 is to be divided among and distributed to each of the eligible individuals. More specifically, female applicants who did not participate in the litigation despite the Commission's efforts to contact them but who submitted a claim form will each receive $2,000. Female applicants who participated in the litigation through interviews, depositions, or other assistance will each receive $19,857.14 plus interest. Any claims that cannot be paid under the terms of the Consent Decree will be split evenly among the remaining recipients, per Section 408 of the April 24 Consent Decree.

You are receiving this Notice because you have been determined to be an eligible individual. Under the proposed distribution plan described above, you are entitled to receive $19,857.14, plus interest and less taxes and withholdings required

by law. To receive that distribution, though, you must first complete and return the enclosed Form W-4.

You should consult with a tax professional regarding the tax consequence of your receipt of the distribution. Instructions on completing Form W-4 are included with the form. To receive payment, return the form in the enclosed envelope within one week of your receipt of this notice.

**SO ORDERED.**

<u>April 11, 2024</u>
**DATE**

_____
**DOUGLAS R. COLE**
**UNITED STATES DISTRICT JUDGE**